MARY WASSERSTEIN, *ET AL.*, PLAINTIFFS-PETITIONERS, v. SWERN AND COMPANY, DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

*Messrs. Pellettieri & Rabstein* for the petitioners.

*Messrs. Dawes & Dawes* for the respondent.

July 3, 1964.

ABELSONS, INC., PETITIONER-PETITIONER, v. CITY OF NEWARK, RESPONDENT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

See same case below: 83 *N. J. Super.* 205.

*Mr. Arthur J. Sills, Mr. Alan B. Handler, Messrs. Lasser & Lasser* and *Mr. Edward D. McKirdy* for the petitioner.

*Mr. Norman N. Schiff* and *Mr. Saul A. Wolfe* for the respondent.